UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>TYRIN THOMAS, JR.,<br><br>Defendant. | 4:22-CR-40046-KES<br><br>ORDER ADOPTING REPORT & RECOMMENDATION AND SENTENCING SCHEDULING ORDER |

On October 27, 2023, defendant, Tyrin Thomas, Jr., appeared before Magistrate Judge Veronica Duffy for a change of plea hearing. Magistrate Judge Duffy issued a report recommending the court accept defendant's plea of guilty to Count 1 of the Second Superseding Indictment. Count 1 of the Second Superseding Indictment charges Thomas with Conspiracy to Distribute a Controlled Substance in violation of 21 U.S.C. §§ 841(a)(1) and 846. Docket 112. The parties waived any objection to the report and recommendation. Upon review of the record in this case, it is

ORDERED that the report and recommendation (Docket 132) is adopted. The defendant is adjudged guilty of Conspiracy to Distribute a Controlled Substance in violation of 21 U.S.C. §§ 841(a)(1) and 846.

It is FURTHER ORDERED that the sentencing hearing in this matter will be held on February 5, 2024, at 10:00 a.m. in Sioux Falls Courtroom 2.

Dated October 27, 2023.

BY THE COURT:

*/s/ Karen E. Schreier*
KAREN E. SCHREIER
UNITED STATES DISTRICT JUDGE